UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
MICHELLE SOUCY,                                             :
                                                            :
                            Plaintiff,         :
                                                            :      22-CV-1117 (VSB)
              -against-                           :
                                                            :          **ORDER**
                                                            :
LIFE INSURANCE COMPANY OF NORTH             :
AMERICA and NEW YORK LIFE                                   :
INSURANCE COMPANY OF NEW YORK,              :
                                                            :
                         Defendants.        :
------------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

       On April 5, 2022, I granted Defendants an extension of time to respond to the complaint filed in this action. (Doc. 15.)  Due to this, Defendants had to respond to the complaint by May 29, 2022. (*Id.*)  That deadline has now expired, but Defendants have not filed anything in response to the complaint.  Plaintiff, however, has taken no action to prosecute this case.  Accordingly, if Plaintiff intends to seek a default judgment, she is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than June 16, 2022.  If Plaintiff fails to do so or otherwise demonstrates that she does not intend to prosecute, I will dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    June 1, 2022
              New York, New York

                                                    Vernon S. Broderick
                                                  United States District Judge