UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
:
MICHELLE SOUCY, :
:
Plaintiff, :
: 22-CV-1117 (VSB)
-against- :
: **ORDER**
:
LIFE INSURANCE COMPANY OF NORTH :
AMERICA and NEW YORK LIFE :
INSURANCE COMPANY, :
:
Defendants. :
-------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

It has been reported that the parties have reached a settlement in principle. (Doc. 17.) Accordingly, it is hereby:

ORDERED that the above-captioned action is dismissed without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days.

SO ORDERED.

Dated: June 6, 2022
New York, New York

*Vernon Broderick*
Vernon S. Broderick
United States District Judge